THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DOLORES BARNES, Defendant-Appellant.

(No. 53487; )

First District—January 11, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Bellows, Bellows & Magidson, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibaitis, Assistant State's Attorneys, of counsel,) for the People.

MIRIAM ANDERSON, Plaintiff-Appellant, *v.* KENNETH MARTZKE *et al.*, Defendants—(ROBERT MUENCH, Defendant-Appellee.)

(No. 53490; )

First District—November 5, 1970.